B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of North Carolina

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**C.W. Williams Community Health Center, Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**56-1262478** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3333 Wilkinson Blvd**<br>**Charlotte, NC**<br>ZIP Code **28208** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mecklenburg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 668093**<br>**Charlotte, NC**<br>ZIP Code **28266-8093** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ■ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **C.W. Williams Community Health Center, Inc** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)         (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **C.W. Williams Community Health Center, Inc** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert Lewis, Jr.**
Signature of Attorney for Debtor(s)

**Robert Lewis, Jr. 35806**
Printed Name of Attorney for Debtor(s)

**The Lewis Law Firm, P.A.**
Firm Name

**Two Hannover Square**
**434 Fayetteville Street, Suite 2330**
**Raleigh, NC 27601**
Address

**Email: rlewis@thelewislawfirm.com**
**919-792-1920  Fax: 866-628-2621**
Telephone Number

**November 26, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Leon L. Burton**
Signature of Authorized Individual

**Leon L. Burton**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**November 26, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of North Carolina

In re **C.W. Williams Community Health Center, Inc**     Case No.
Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Abbot Point of Care<br>400 College Road<br>Princeton, NJ 08540 | Abbot Point of Care<br>400 College Road<br>Princeton, NJ 08540 | | | 50,974.00 |
| AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | AT&T<br>PO Box 5019<br>Carol Stream, IL 60197-5019 | | | 33,000.00 |
| Certus Bank<br>P.O. Box<br>Mauldin, SC 29662 | Certus Bank<br>P.O. Box<br>Mauldin, SC 29662 | | | 680,074.41<br>(0.00 secured) |
| Certus Bank<br>P.O. Box 129<br>Mauldin, SC 29662 | Certus Bank<br>P.O. Box 129<br>Mauldin, SC 29662 | | | 74,747.00 |
| Charlotte Radiology, PA<br>PO Box 30488<br>Charlotte, NC 28230-0488 | Charlotte Radiology, PA<br>PO Box 30488<br>Charlotte, NC 28230-0488 | | | 39,925.00 |
| Choice of Carolinas Inc<br>PO Box 6526<br>Carol Stream, IL 60197-6526 | Choice of Carolinas Inc<br>PO Box 6526<br>Carol Stream, IL 60197-6526 | | | 41,342.00 |
| Earthlink DeltaCom<br>1058 PO Box 2252<br>Birmingham, AL 35246-1058 | Earthlink DeltaCom<br>1058 PO Box 2252<br>Birmingham, AL 35246-1058 | | | 28,900.00 |
| Employment Security Commission<br>P.O. Box 26504<br>Raleigh, NC 27611-6504 | Employment Security Commission<br>P.O. Box 26504<br>Raleigh, NC 27611-6504 | | | 29,418.00 |
| Hermosa Construction Group LLC<br>2000 River Edge Pkwy<br>Suite 740<br>Atlanta, GA 30327 | Hermosa Construction Group LLC<br>2000 River Edge Pkwy<br>Suite 740<br>Atlanta, GA 30327 | | | 188,000.00 |
| INTALEGEN INC<br>PO Box 269083<br>Oklahoma City, OK 73126-9083 | INTALEGEN INC<br>PO Box 269083<br>Oklahoma City, OK 73126-9083 | | | 56,710.00 |
| IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 | | | 313,033.05 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **C.W. Williams Community Health Center, Inc**                                  Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| LAB CORP<br>PO BOX122140<br>Burlington, NC 27216 | LAB CORP<br>PO BOX122140<br>Burlington, NC 27216 | | | 16,921.00 |
| Lincoln National LIfe Insurance<br>PO Box 0821<br>Carol Stream, IL 60132-0821 | Lincoln National LIfe Insurance<br>PO Box 0821<br>Carol Stream, IL 60132-0821 | | | 18,813.00 |
| NACHC-National Assoc of Comm Health Ctre<br>7501 Wisonsin Ave<br>Bethesda, MD 20814 | NACHC-National Assoc of Comm Health Ctre<br>7501 Wisonsin Ave<br>Bethesda, MD 20814 | | | 20,200.00 |
| NEC Financial Services<br>24189 Network Place<br>Chicago, IL 60673-1241 | NEC Financial Services<br>24189 Network Place<br>Chicago, IL 60673-1241 | | | 30,209.00 |
| North Carolina Dept of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640 | North Carolina Dept of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640 | | | 64,662.00 |
| Petway Mills & Pearson PA<br>PO Box 1036<br>Zebulon, NC 27597 | Petway Mills & Pearson PA<br>PO Box 1036<br>Zebulon, NC 27597 | | | 22,500.00 |
| Quest Diagnostic<br>PO BOX 740736<br>Atlanta, GA 30374-0736 | Quest Diagnostic<br>PO BOX 740736<br>Atlanta, GA 30374-0736 | | | 110,000.00 |
| South Stone Properties<br>PO Box 78738<br>Charlotte, NC 28271-7040 | South Stone Properties<br>PO Box 78738<br>Charlotte, NC 28271-7040 | | | 17,293.00 |
| US Bank<br>PO BOx 790448<br>Saint Louis, MO 63179-0448 | US Bank<br>PO BOx 790448<br>Saint Louis, MO 63179-0448 | | | 30,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 26, 2014**                      Signature **/s/ Leon L. Burton**
                                                          **Leon L. Burton**
                                                          **CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

.

A.Y.P.R.
717 N. Union Street
Suite 40
Wilmington, DE 19805


A/P



Abbot Point of Care
400 College Road
Princeton, NJ 08540


Abila
PO Box 123203
Dallas, TX 75312-3303


Ability Network
CH 16577
Palatine, IL 60055-6577


Account Temps
12400 Collections Center Drive
Chicago, IL 60693


Action Plus
5222 Monroe Road Suit 100
Charlotte, NC 28205


ADP Screening & Selection Services
36307 Treasury Center
Chicago, IL 60694-6300


Airgas USA, LLC
2015 VSighn Road
Suite 400
Kennesaw, GA 30144-7082


All American Relocation
PO Box 14906
Raleigh, NC 27620


Alpha Alarm Systems
9108 CrossTimbers Drive
Charlotte, NC 28215

```
Altradius
230 Schilling Circle
Suite 240
Hunt Valley, MD 21031


American Medical Association
PO Box 4198
Carol Stream, IL 60197-9788


Answer Live LLC
1101 Cherryville Road
Shelby, NC 28150-3664


Apria Health Care
Po Box 3100-0968
Pasadena, CA 91101-0968


AT&T
P.O. Box 10562
Atlanta, GA 30348


AT&T
PO Box 5019
Carol Stream, IL 60197-5019


At&T Capital Services
200 W ATT Center DR Hoffman Estates
Hoffman Estates, IL 60192-5005


At&T Global Services
PO Box 9009
GA 30197-9009


At&T Mobility
PO Box 6463
Carol Stream, IL 60197


Autonomy Inc
PO Box 8374
Pasadena, CA 91109-8374


Blue Cross Blue Shield
PO Box 2291
Durham, NC 27702
```

Cardinal Health
PO Box 402603
Atlanta, GA 30384-2603


Care 360 Med Plus


Carolina Business Supplies
PO Box 681027
Charlotte, NC 28216-1027


Carolina Pathology Group
PO Box 30637
Charlotte, NC 28204


Cartridge World
1630 E Wood Lawn Road
Suite 285
Charlotte, NC 28209


Certus Bank
P.O. Box
Mauldin, SC 29662


Certus Bank
P.O. Box 129
Mauldin, SC 29662


Charlotte Chamber of Commerce
Po Box 32785
Charlotte, NC 28232


Charlotte Radiology, PA
PO Box 30488
Charlotte, NC 28230-0488


Choice Health1900South Hawthorne
Suite 302
Winston Salem, NC 27103


Choice of Carolinas Inc
PO Box 6526
Carol Stream, IL 60197-6526

Choice Translating
112 South Tryon
Suite 1500
Charlotte, NC 28284


City Of Charlotte Billing Center
PO Box 1316
Charlotte, NC 28201-1316


Click.com
6000 Fairview Road
Suite 650
Charlotte, NC 28210


Colonial Life
PO Box 903
Columbia, SC 29202-0903


Dream City LLC/ Douglas R. Peck
16610 Fernway Road
Cleveland, OH 44118


Earthlink DeltaCom
1058 PO Box 2252
Birmingham, AL 35246-1058


Emdeon Business Services Medi Fax
PO Box 57290
Salt Lake City, UT 84157-2490


Employment Security Commission
P.O. Box 26504
Raleigh, NC 27611-6504


ETS Elevator Techincal Services Inc
PO Box 25305
Charlotte, NC 28229


Fast Med Urgent Care
935 Shotwell Road
Suite 108
Clayton, NC 27520-5598

Friendship community Development Corp
3301 Beaties Ford Road
Charlotte, NC 28216


Gate City Adminstration LLC
445 Dolley Madison Rd
Suite 106
Greensboro, NC 27410


Gynex
Po Box 3189
Redmond, WA 98073


Health Care Staffing


Henry Schein
PO Box 382060
Pittsburgh, PA 15250-8060


Hermosa Construction Group LLC
2000 River Edge Pkwy
Suite 740
Atlanta, GA 30327


Home Depot
PO Box 183175
Columbus, OH 43218-3175


INTALEGEN INC
PO Box 269083
Oklahoma City, OK 73126-9083


Intercall
PO Box 281866
Atlanta, GA 30384-1866


Iron Mountain
Po Box 27128
New York, NY 10087-7128


IRS
POB 7346
Philadelphia, PA 19101-7346

JZ Med Consultants, Inc
115 Sardis Mills Drive
Matthews, NC 28105


LAB CORP
PO BOX122140
Burlington, NC 27216


Ladco Leasing
PO Box 86
Minneapolis, MN 55486-2896


Lagniappe
PO Box 637946
Cincinnati, OH 45263-7946


Land Mark Secuirty
5200 Park road
Suite 128
Charlotte, NC 28209-3675


Language Line Services
PO Box 202564
Dallas, TX 75320-2564


Lincoln National LIfe Insurance
PO Box 0821
Carol Stream, IL 60132-0821


Macke Water Systems
PO Box 545
Wheeling, IL 60090-0545


McKesson Pharmacy Sytems
PO Box 100882
Atlanta, GA 30384-0884


Mecklenburg Radiology Associates PA
PO Box 221249
Charlotte, NC 28222-1249


Medco Health Solutions
100 Parsons Pond Drive
Franklin Lakes, NJ 07417

```
Merck Sharp & Dohme Corp
Po Box 5254
Carol Stream, IL 60197-5254


Met Life Benefits
PO Box 408466
Kansas City, MO 64180-4466


NACHC-National Assoc of Comm Health Ctre
7501 Wisonsin Ave
Bethesda, MD 20814


NC Community Health Center Association
4917 Waters Edge Drive
Suite 165
Raleigh, NC 27606


NEC  Financial Services
24189 Network Place
Chicago, IL 60673-1241


North Carolina Dept of Revenue
P.O. Box 25000
Raleigh, NC 27640


North Carolina DHHS
Po Box 198780
Atlanta, GA 30384


Novant Health
PO Box 602516
Charlotte, NC 28260


Novant Medical Group
PO Box 30143
Charlotte, NC 28230-0143


OakRidge Administration
3608 West Friendly Ave
Suite 200
Greensboro, NC 27410


Office Depot
PO Box 63211
Cincinnati, OH 45263-3311
```

```
Optimer Systems Inc
1845 Walnut Street
8th floor
Philadelphia, PA 19103


OptuminSight
PO Box 88050
Chicago, IL 60680-1050


Oracle Elevator Corp
PO Box 636845
Cincinnati, OH 45263-6845


Orkin
10430
harris Oak Blvd
Suite B
Charlotte, NC 28269


Petway Mills & Pearson PA
PO Box 1036
Zebulon, NC 27597


Pitney Bowes Glocal Financial Services,
PO BOX 371887
Pittsburgh, PA 15250-7887


Positive Returns
PO Box 883
Greenbelt, MD 20770


Presbyterian Hospital
PO BOX 71049
Charlotte, NC 28272-1049


Presbyterian Imaging Centers
PO Box 60598
Charlotte, NC 28260-0598


Professional Systems USA
2355 W Hndord Road
Cary, NC 27512
```

Progressive Recovery Services
1801 N. tryon Street
Site 325
Charlotte, NC 28206


PSS Physician Sales & Services
PO Box 741378
Atlanta, GA 30374-1378


Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Q Foundation
PO Box 620364
Charlotte, NC 28262


Quest Diagnostic
PO BOX 740736
Atlanta, GA 30374-0736


Randolph c/o Midtown Medical Plaza
Po Box 713308
Cincinnati, OH 45271


Renee W Dean Health Care Consultant
1931 Lmaont Street
Kingsport, TN 37664


Resurrected Resources
1190 West Northern Parkway
Suite 604
Baltimore, MD 21210


RR Donelley
PO BOx 905151
Charlotte, NC 28250-5151


Solstas Lab Partners
PO Box 751337
Charlotte, NC 28275-1337


South Stone Properties
PO Box 78738
Charlotte, NC 28271-7040

```
Southern Elavator
PO Box 538596
Atlanta, GA 30353-5896


Sprint
PO Box 4181
Carol Stream, IL 60197-4181


Staples  Advantage
PO Box 71217
Chicago, IL 60694-1217


Stephanie Miles
3834 Armitage Drive
Charlotte, NC 28269


Stericycle Inc
PO Box 6582
Carol Stream, IL 60197-6582


Theracom LLC
PO Box 640105
Cincinnati, OH 45264-0105


Thomas D. Hugley
1407 Heron Drive
Birmingham, AL 35214


Titacs Inc
2135 Light Brigade Drive
Matthews, NC 28105


Toshiba Business SOlutions
9201 J Southern Pine Blvd
Charlotte, NC 28273


Tovaca, Inc
2633 McKinney Ave
#130-340
Dallas, TX 75204


TriState Distribution
PO Box 6000
Sparta, TN 38583
```

```
Tyco Integrated Security, LLC
PO Box 371967
Pittsburgh, PA 15250-7967


Tyco Simplex Grinnell
CH 10320
Palatine, IL 60055-6577


Unit Mobile Storage of Charlotte
PO Box 38424
Charlotte, NC 28278


US Bancorp
1310 Madrid St. Marshall
Marshall, MN 56258-4099


US Bank
PO BOx 790448
Saint Louis, MO 63179-0448


Vitera
12644 Collection Center Drive
Chicago, IL 60693-0126


Waste Connections of NC
PO Box 660177
Dallas, TX 75266-0177


Wells Fargo
3476 Stateview Blvd
Fort Mill, SC 29715


Wille Cooper CPA
225 Green street Suite 204
Fayetteville, NC 28301


WIPFLI
PO Box 8700
Madison, WI 53708-8700


WOSF-FM
8809 Lenox Point Drive
Suite A
Charlotte, NC 28273
```

```
YP
PO Box 10524
Atlanta, GA 30348
```

# United States Bankruptcy Court
## Western District of North Carolina

In re   **C.W. Williams Community Health Center, Inc**      Case No.
Debtor(s)      Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **C.W. Williams Community Health Center, Inc**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 26, 2014**                 **/s/ Robert Lewis, Jr.**
Date                              **Robert Lewis, Jr.**
                                  Signature of Attorney or Litigant
                                  Counsel for   **C.W. Williams Community Health Center, Inc**
                                  **The Lewis Law Firm, P.A.**
                                  **Two Hannover Square**
                                  **434 Fayetteville Street, Suite 2330**
                                  **Raleigh, NC 27601**
                                  **919-792-1920 Fax:866-628-2621**
                                  **rlewis@thelewislawfirm.com**